**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **1:26-cr-53-MSM-PAS-21** |
| | : | |
| **GARY RUSPUS** | : | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S REQUEST FOR RELEASE**

Defendant, Gary Ruspus, by and through counsel, submits this memorandum in support

of his Request for Release.

**HISTORY AND CHARACTERISTICS OF GARY RUSPUS**

Gary Ruspus is 26 years of age.  He resides with his mother, Michelle LeBlanc, at 66

Westfield Street, Apt. 16 in Providence, Rhode Island.  He has resided at this location for the last

ten years.  *See* attached letter from Michelle LeBlanc.

Mr. Ruspus is employed full-time at RHINO Staging, a nationwide company specializing

in the stage preparation for arenas, stadiums and hotels.  Mr. Ruspus is employed at the

Masschusetts branch.  As the attached letter from his Supervisor, Greg Barker notes, Mr. Ruspus

is a "man who shows up to my to my crew, takes his responsibilities seriously, and is clearly

working to turn his life in a better direction ….  I would gladly keep Gary on my crew and I hope

this letter offers some assurance that he has people who sees his progress and stand behind him."

Mr. Ruspus is currently enrolled at the Lincoln Technical Institute in Lincoln, RI and

pursuing courses in electrical and electronic systems technology.   See attached transcript.

Perhaps the most compelling reason for release is the fact that Mr. Ruspus' long-term partner, Tatyana Garcia, is 8-months pregnant with their first child.  Ms. Garcia's letter to the court notes how he has turned his life around and is on the path to becoming a productive citizen.

## **CONCLUSION**

For the foregoing reasons, counsel for Gary Ruspus respectfully requests that this Court fashion conditions of release that will assure his appearance and protect the community.

## **ATTACHMENTS**

A.  Letters of Support.
B.  Lincoln Technical Institute Transcript.

Respectfully submitted by Defendant
Gary Ruspus
By his Counsel

/s/  John E. MacDonald
Law Office of John E. MacDonald
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
jm@jmaclaw.com

2

## **CERTIFICATION**

I hereby certify that on July 23, 2026 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to all parties of record.

/s/  John E. MacDonald
Law Office of John E. MacDonald
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
jm@jmaclaw.com